UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 05-3560 MMC | Celerity, Inc. v. Ultra Clean Holdings, Inc., et al. |
| C 05-4768 PJH | Celerity, Inc. v. Talon Innovations Corporation |

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a). This ruling is without prejudice to plaintiff's renewing the motion upon a more detailed showing with respect to the overlap of factual and legal issues and proof of service upon defendant in the later-filed action.

[ ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Counsel are instructed that all future filings in any reassigned case are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**: January 19, 2006

_____
MAXINE M. CHESNEY
United States District Judge