1  KEITH L. SLENKOVICH, CA BAR NO. 129793
   kslenkovich@thelenreid.com
2  ROBERT E. CAMORS, JR., CA BAR NO. 121204
   bobcamors@thelenreid.com
3  RICHARD S. SWOPE, CA BAR NO. 233200
   rswope@thelenreid.com
4  THELEN REID & PRIEST LLP
   225 West Santa Clara Street, Suite 1200
5  San Jose, CA  95113-1723
   Tel. 408.292.5800
6  Fax 408.287.8040

7  JOHN P. BOVICH, CA BAR NO. 150688
   jbovich@reedsmith.com
8  REED SMITH LLP
   Two Embarcadero Center
9  San Francisco, California 94111
   Tel:: 415-659-5926
10 Fax: 415-391-8269

11 DAVID M. FRISCHKORN (*pro hac vice*)
   frischkorn@mbhb.com
12 S. RICHARD CARDEN (*pro hac vice*)
   carden@mbhb.com
13 ALISON J. BALDWIN (*pro hac vice*)
   baldwin@mbhb.com
14 MCDONNELL BOHENEN HULBERT & BERGHOFF LLP
   300 South Wacker Drive
15 Chicago, IL 60606-6709
   Telephone: 312-913-0001
16 Facsimile: 312-913-0002

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., a Delaware corporation, | **CASE NO. 05-CV-04768-PJH** |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |
| TALON INNOVATIONS CORPORATION, a Minnesota Corporation | **[~~PROPOSED~~] ORDER** |
| Defendants. | |

STIPULATION TO DISMISS
[PROPOSED] ORDER  -Case No.: C 05-04768 PJH

TO THE HONORABLE PHYLLIS J. HAMILTON:

PLEASE TAKE NOTICE that the parties in this case, plaintiff Celerity, Inc. ("Celerity") and defendant Talon Innovations Corporation ("Talon") (the "parties") have entered into a settlement agreement. Consequently, it is hereby stipulated by and between the parties in this action, through their counsel of record, that this action be dismissed in its entirety, without prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: April 17, 2006          /s/                                    .
                               Keith Slenkovich
                               THELEN REID & PRIEST LLP
                               Attorneys for Plaintiff
                               Celerity, Inc.

Dated: April 17, 2006          /s/                                    .
                               John P. Bovich
                               REED SMITH LLP
                               Attorneys for Defendant
                               Talon Innovations Corporation

I, Keith L. Slenkovich, hereby attest pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 17, 2006          /s/                                    .
                               Keith Slenkovich
                               THELEN REID & PRIEST LLP
                               Attorneys for Plaintiff
                               Celerity, Inc.

**ORDER**

IT IS HEREBY ORDERED that this entire action be and hereby is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  4/18/06                _____
                               Phyllis J. Hamilton
                               United States District

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*